**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **Michael** | **Scotto** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number: 8-17-75814
(if known)

☒ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................ $ 450,000.00

   1b. Copy line 62, Total personal property, from Schedule A/B........................................... $ 32,691.42

   1c. Copy line 63, Total of all property on Schedule A/B..................................................... $ 482,691.42

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... $ 388,448.77

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............... $ 0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 100,895.94

   **Your total liabilities** $ 489,344.71

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*........................... $ 4,934.12

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..................................... $ 4,930.00

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. What kind of debt do you have?

   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1  **Robert Michael Scotto**  
the court with your other schedules.

Case number *(if known)*  **8-17-75814**

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ **3,737.50**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** First Name | **Michael** Middle Name | **Scotto** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF NEW YORK**

Case number (if known): **8-17-75814**

■ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **18 Gaffney Street Glen Cove, NY 11542 Nassau County** Line from *Schedule A/B*: **1.1** | $450,000.00 | ■ $87,079.34 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5206 |
| **2012 Triumph Scrambler 26548 miles** Line from *Schedule A/B*: **3.2** | $3,800.00 | ■ $3,800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Debtor & Creditor Law § 282(1) |
| **Misc. Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | $750.00 | ■ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| **Misc. Electronics** Line from *Schedule A/B*: **7.1** | $350.00 | ■ $350.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |
| **Misc. Wearing Apparel** Line from *Schedule A/B*: **11.1** | $750.00 | ■ $750.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | NYCPLR § 5205(a)(5) |

| Debtor 1 | **Robert Michael Scotto** | | Case number (if known) | **8-17-75814** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc. Jewelry**<br>Line from *Schedule A/B*: **12.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(6)** |
| **Savings: HSBC (9837)**<br>Line from *Schedule A/B*: **17.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |
| **Checking: Bank of America (1047)**<br>Line from *Schedule A/B*: **17.3** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |
| **Checking: Sperry FCU**<br>Line from *Schedule A/B*: **17.4** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                           Chapter 7

**ROBERT MICHAEL SCOTTO,**                   Case No.: **17-75814-las**

                            Debtor(s).            AFFIRMATION PURSUANT
-------------------------------------------------------X         TO LOCAL RULE 1009-1(a)
STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

      MICHAEL J. MACCO, as attorney for **Robert Michael Scotto**, ("Debtor") affirms under the penalties of perjury that:

1.     I am a member of the firm of MACCO & STERN, LLP, located at 2950 Express Drive South, Suite 109, Islandia, NY 11749. I am the attorney for the Debtor herein and am fully familiar with all the facts and circumstances herein.

2.     The Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on **September 22, 2017**.

3.     The Debtor wishes to amend Schedule C to take the Debtor & Creditor Law § 282(1) exemption on the 2012 Triumph Scrambler and remove the exemption taken on the 2014 Dodge Ram 1500.

4.     An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1000-1 evidencing service of the Affirmation, Debtor's Affidavit, Amended Schedule C, and Amended Summary of Your Assets and Liabilities and Certain Statistical Information upon the United States Trustee and the Chapter 7 Trustee.

Dated:  Islandia, New York                MACCO & STERN, LLP
           November 7, 2017

                                                               By: */s/ Michael J. Macco*
                                                               Michael J. Macco, Esq.
                                                               Attorney for Debtor
                                                               2950 Express Drive South – Suite 109
                                                               Islandia, NY 11749
                                                               (631) 549-7900

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                 Chapter 7
**ROBERT MICHAEL SCOTTO,**                                      Case No.: **17-75814-las**

                        Debtor(s).                              AFFIDAVIT PURSUANT
-----------------------------------------------------------X      TO LOCAL RULE 1009-1(a)
STATE OF NEW YORK) ss:
COUNTY OF SUFFOLK)

        **Robert Michael Scotto**, ("Debtor") being duly sworn, deposes and says:

        1.      I am the Debtor who filed a voluntary petition for relief pursuant to Chapter 7 of the United States Bankruptcy Code on **September 22, 2017**. All Schedules and the Statement of Financial Affairs were filed with the voluntary petition.

        2.      Annexed hereto is an original of the (i) Amended Schedule C, and (ii) Amended Summary of Your Assets and Liabilities and Certain Statistical Information.

        3.      An Affidavit of Service is being filed simultaneously herewith in accordance with Local Rule 1009(b) evidencing service of this Affidavit upon the United States Trustee and the Chapter 7 Trustee.

                                                                 /s/ Robert Michael Scotto
                                                                Robert Michael Scotto

Sworn to before me this
7th day of November, 2017

/s/ Michael J. Macco
Notary Public
Michael J. Macco
Notary Public, State of New York
No. 02MA4761094
Qualified in Suffolk County
Commission Expires January 31, 2019